*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

**CLERK'S MINUTES**

**CASE NUMBER: 96-0026L** **DATE: July 15, 2005**

**TITLE OF CASE: USA v. John DelaRosa**

---

**Ronald R. Lagueux, Senior, U.S. District Judge**

COURTROOM CLERK: James E. Webb

COURT REPORTER: Karen Zinni

COURT INTERPRETER: ____________

PROBATION OFFICER: ____________

COURT TIME: START ______ END ______

---

Sentencing: on Probation violation

Atty for gov't Kenneth Madden, Esq.

Atty for Deft Matthew Smith, Esq.

Sentence:

Term of imprisonment of 2 months (time served)
Term of Supervised release of 48 months, the first 2 months shall be served on Home Confinement.

Deft. shall participate in a substance abuse program as approved by the US Probation Department. Defendant shall also 72 urine specimens per year.

Special Conditions Deft. may leave home confinement for work, religious services, medical care and and emergency medical situation.