AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation - Sheet 1

# United States District Court
## District of Rhode Island

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JOSE DELAROSA** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:    1:96CR00026-002L<br><br>USM Number:    04292-070<br><br>**Matthew Smith, Esq.**<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓]    admitted guilt to violation of condition(s) **standard condition, 2,11** of the term of supervision.
[ ]    was found in violation of condition(s) ___ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| See next page. | | |

   The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: ▮ | **July 15, 2005**<br>Date of Imposition of Sentence |
| Defendant's Date of Birth: ▮ | */s/ Ronald R. Lagueux*<br>Signature of Judicial Officer |
| Defendant's Residence Address:<br>**183 Eastwood Avenue**<br>**Providence, RI 02909** | |
| Defendant's Mailing Address:<br>**183 Eastwood Avenue**<br>**Providence, RI 02909** | **RONALD R. LAGUEUX**<br>**Senior United States District Judge**<br>Name & Title of Judicial Officer<br><br>8/3/05<br>Date |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation - Sheet 2

CASE NUMBER: 1:96CR00026-002L
DEFENDANT: JOSE DELAROSA

Judgment - Page 2 of 5

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| #2 | Defendants shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. | January 7, 2003, June 3, 2003, March 14, 2005, February 5, 2005, February 18, 2005 and February 21, 2005. |
| #11 | Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. | May 7, 2003, February 5, 2005 and February 21, 2005. |
| Standard Condition | While on supervision, the defendant shall not commit another federal, state, or local crime. | December 3, 2002, February 5, 2005 and February 21, 2005. |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation - Sheet 2 - Imprisonment

CASE NUMBER:   1:96CR00026-002L
DEFENDANT:   JOSE DELAROSA

Judgment - Page 3 of 5

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **2 months.**.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
  [ ] at __ on __.
  [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before _ on __.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal

CASE NUMBER:        1:96CR00026-002L                                                            Judgment - Page 4 of 5
DEFENDANT:          JOSE DELAROSA

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **48 months, The first 2 months of supervised release shall be served on home confinement.** .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the Court.

[ ]   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable)
[✓]   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable)
[✓]   The defendant shall cooperate with the collection of DNA as directed by the probation officer. (Check, if applicable)
[ ]   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable)
[ ]   The defendant shall participate in an approved program for domestic violence. (Check, if applicable)

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without permission of the court or probation officer;
2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)  the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)  the defendant shall support his or her dependants and meet other family responsibilities;
5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

---

### FOR OFFICIAL USE ONLY - US PROBATION OFFICE

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or (3) modify the conditions of supervision.
These conditions have been read to me. I fully understand them and have been provided a copy.

(Signed)

_____          _____
                        Defendant                                             Date


_____          _____
              US Probation Officer/Designated Witness                          Date

CASE NUMBER:   1:96CR00026-002L                                            Judgment - Page 5 of 5
DEFENDANT:     JOSE DELAROSA

# SPECIAL CONDITION(S) OF SUPERVISION

In addition, the defendant shall comply with the following special condition(s):

1. The defendant shall participate in and satisfactorily complete a program for treatment of substance abuse on an inpatient or outpatient basis, as approved by the United States Probation Office and which will include periodic testing up to 72 test per year for the detection of substance use or abuse.

2. While on home confinement the defendant may leave his home for work, religious services, medical care and other medical emergencies situation.