AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

John Delarosa

APPEARANCE

CASE NUMBER: CR 96-26L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

John Delarosa

I certify that I am admitted to practice in this court.

11-28-07
*Date*

[signature]
*Signature*

JOHN F CICILLINE
*Print Name* *Bar Number*

387 atwells av
*Address*

Prov R.I. 02909
*City* *State* *Zip Code*

273-5600
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.