AO 442 (Rev. 10/03) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
JUL 27 2007

# UNITED STATES DISTRICT COURT

District of

**District of Rhode Island**

UNITED STATES OF AMERICA

V.

**JOHN DELAROSA**

## WARRANT FOR ARREST

Case **96-26L**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOHN DELAROSA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition x Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)
See Attached

in violation of Title 18 United States Code, Section(s) 3583(d)

Barbara J. Gilfillan
Name of Issuing Officer

Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Providence, RI 7/27/07
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ACI upon release of state case

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07/27/2007 | CJ Wyant SDUSM | |
| DATE OF ARREST 11/27/2007 | | |